UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   5/17/2022
```

MICHAEL E. MEGGINSON,

                Plaintiff,

      -against-

CHIEF OF DEPARTMENT STUKES,
CHIEF GLOVER, CITY OF NEW YORK,

                Defendants.

1:21-cv-09599-MKV

<u>VALENTIN ORDER</u>

MARY KAY VYSKOCIL, United States District Judge:

Plaintiff Michael Megginson, proceeding *pro se*, initiated this action by filing a Complaint on November 18, 2021.  [ECF No. 1].  Plaintiff named defendants "Chief of Department Stukes," "Chief Glover," and the New York City Department of Corrections as defendants.  [ECF No. 1].  The Court thereafter filed an order construing the Complaint as asserting claims against the City of New York instead of the New York City Department of Corrections and requesting that Defendants City of New York, Chief Stukes, and Chief Glover waive service of summons.  [ECF No. 7].

In response, three waivers of service were filed on March 11, 2022, two executed and one unexecuted.  [ECF Nos. 9–11].  Specifically, the City of New York and Chief Stukes agreed to waive service of summons and complaint.  [ECF Nos. 9, 11].  However, the New York City Department of Correction ("DOC) declined on behalf of Chief Glover to waive service of the summons and complaint because, as the New York City Department of Correction represents, no employee in the agency matches that name and title.  [ECF No. 10].

Under *Valentin v. Dinkins*, a *pro se* litigant is entitled to assistance from the district court in identifying a defendant.  121 F.3d 72, 76 (2d Cir. 1997).  In the complaint, Plaintiff supplies

sufficient information to permit the DOC to identify "Chief Glover," whom Plaintiff identified as the "Chief of OSIU" at Rikers island between October 21, 2021 and October 31, 2021.

IT IS THEREFORE ORDERED that the New York City Law Department, which is the attorney for and agent of the DOC, is directed to ascertain the identity of the individual whom Plaintiff seeks to sue here and the address where the defendant may be served.[1]  The New York City Law Department must provide this information to Plaintiff and the Court within thirty days of the date of this order.

Within thirty days of receiving this information, Plaintiff must file an amended complaint naming the proper defendant(s).  The amended complaint will replace, not supplement, the original complaint.  An amended complaint form that Plaintiff should complete is attached to this order.  Once Plaintiff has filed an amended complaint, the Court will screen the amended complaint and, if necessary, issue an order asking Defendants to waive service.

The request of the City of New York for a pre-motion conference in anticipation of filing a motion to dismiss [ECF No. 13] is DENIED without prejudice.

The Clerk of Court is respectfully requested to mail a copy of this Order to the *pro se* Plaintiff at the address of record.

**SO ORDERED.**

**Date:  May 17, 2022**
**New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**

---

[1] If the defendant is a current or former DOC employee or official, the Law Department should note in the response to this order that an electronic request for a waiver of service can be made under the e-service agreement for cases involving DOC defendants, rather than by personal service at a DOC facility.  If the defendant is not a current or former DOC employee or official, but otherwise works or worked at a DOC facility, the Law Department must provide a residential address where the individual may be served.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

_____

Write the full name of each plaintiff.


-against-

_____

_____

_____

_____

Write the full name of each defendant. If you cannot fit the
names of all of the defendants in the space provided, please
write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The
names listed above must be identical to those contained in
Section IV.

\_\_\_\_\_CV_____
(Include case number if one has been
assigned)

**AMENDED
COMPLAINT**
(Prisoner)

Do you want a jury trial?
☐ Yes    ☐ No

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed
with the court should therefore *not* contain: an individual's full social security number or full
birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include *only*: the last four digits of a social security number; the year of
an individual's birth; a minor's initials; and the last four digits of a financial account number.
See Federal Rule of Civil Procedure 5.2.

---

Rev. 5/20/16

## I.     LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☐  Violation of my federal constitutional rights

☐  Other: _____

## II.     PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

First Name                Middle Initial            Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

Current Place of Detention

Institutional Address

County, City                          State                  Zip Code

## III.     PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☐  Pretrial detainee
☐  Civilly committed detainee
☐  Immigration detainee
☐  Convicted and sentenced prisoner
☐  Other: _____

Page 2

## IV.    DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:

First Name                                 Last Name                              Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City                               State                          Zip Code

Defendant 2:

First Name                                 Last Name                              Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City                               State                          Zip Code

Defendant 3:

First Name                                   Last Name                              Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City                               State                          Zip Code

Defendant 4:

First Name                                   Last Name                              Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City                               State                          Zip Code

## V.    STATEMENT OF CLAIM

Place(s) of occurrence: _____

Date(s) of occurrence: _____

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were
harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach
additional pages as necessary.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Page 4

_____

_____

_____

_____

_____

_____

_____

_____

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

_____

_____

_____

_____

_____

## VI.    RELIEF

State briefly what money damages or other relief you want the court to order.

_____

_____

_____

_____

_____

_____

_____

## VII.   PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| Dated | Plaintiff's Signature |
| --- | --- |

| First Name | Middle Initial | Last Name |
| --- | --- | --- |

Prison Address

| County, City | State | Zip Code |
| --- | --- | --- |

Date on which I am delivering this complaint to prison authorities for mailing: _____