```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/6/2022

MICHAEL E. MEGGINSON,

                Plaintiff,

-against-

CHIEF OF DEPARTMENT STUKES,
CHIEF GLOVER, CITY OF NEW YORK,

                Defendants.

1:21-cv-09599-MKV

ORDER OF SERVICE

MARY KAY VYSKOCIL, United States District Judge:

      Plaintiff Michael Megginson, proceeding *pro se*, initiated this action by filing a Complaint on November 18, 2021. [ECF No. 1]. Plaintiff named defendants "Chief of Department Stukes," "Chief Glover," and the New York City Department of Corrections as defendants. [ECF No. 1]. The Court thereafter filed an order construing the Complaint as asserting claims against the City of New York instead of the New York City Department of Corrections and requesting that Defendants City of New York, Chief Stukes, and Chief Glover waive service of summons. [ECF No. 7].

      In response, three waivers of service were filed, two executed and one unexecuted. [ECF Nos. 9–11]. Specifically, the City of New York and Chief Stukes agreed to waive service of summons and complaint. [ECF Nos. 9, 11]. However, the New York City Department of Correction ("DOC") declined on behalf of Chief Glover to waive service of the summons and complaint because, as the New York City Department of Correction represents, no employee in the agency matches that name and title. [ECF No. 10].

      Thereafter, the Court issued an order pursuant to *Valentin v. Dinkins*, ordering the New York City Law Department to ascertain the identity of the individuals whom Plaintiff seeks to

sue and to provide that information to Plaintiff within thirty days of that order. [ECF No. 15]. The Court granted Plaintiff leave to file an amended complaint, naming the proper defendants. [ECF No. 15].

Plaintiff has now filed an amended complaint naming as defendants Chief Kenneth Stukes, Assistant Deputy Warden Lilwania Glover, and the City of New York. [ECF No. 19]. Accordingly, the Court requests that Defendants City of New York, Chief Kenneth Stukes, and Assistant Deputy Warden Lilwania Glover waive service of summons.

The Clerk of Court is respectfully requested to mail a copy of this Order to the *pro se* Plaintiff at the address of record.

**SO ORDERED.**

**Date: June 6, 2022**
**New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**